UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                )
LITTLE KIDS, INC.,              )
                                )
          Plaintiff,            )
                                )
     v.                         )          C.A. No. 18-533 WES
                                )
18TH AVENUE TOYS, et al.,       )
                                )
          Defendants.           )
_____)
```

## ORDER

On December 10, 2020, Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R.&R."), ECF No. 60, which recommended that Defendant Hutton Toys, LLC's Motion to Dismiss, ECF No. 54, be denied and that Defendants 18th Avenue Toys, Ltd. and Yaacov Schwartz's Motion to Dismiss, ECF No. 56, be denied. Specifically, Judge Sullivan determined that this Court has subject matter and personal jurisdiction, that venue in this District is appropriate for each claim asserted, and that Plaintiff had plausibly alleged its claims under the requirements of Fed. R. Civ. P. 12(b)(6). See R.&R. 1-2. Defendants have not filed any objection to the R.&R. After reviewing the relevant papers, the Court ACCEPTS the R.&R. and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Defendant Hutton Toys, LLC's Motion to Dismiss is DENIED and Defendants 18th Avenue Toys, Ltd. and Yaacov Schwartz's Motion to Dismiss is DENIED.

IT IS SO ORDERED.

William E. Smith
District Judge
Date: January 13, 2021